IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MARKEVIUS KEON SIMMONS,

      Appellant,

v.

      Case No.    5D21-2927
      LT Case No. 35-2014-CF-000254-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed January 10, 2023

3.850 Appeal from the Circuit Court
for Lake County,
James R. Baxley, Judge.

Rachael E. Reese, of O'Brien Hatfield
Reese, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Robin A. Compton,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

WALLIS, EISNAUGLE and HARRIS, JJ., concur.